IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Kaneka Corporation, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.  3:10-cv-01430-P |
| | § | |
| JBS Hair Inc., et al | § | |
| Defendants | § | |

## ORDER OF REFERENCE

Under authority of 28 U.S.C., Section 636(b), it is ORDERED that the Defendant's MOTION to Compel Responses to Interrogatories from Plaintiff Kaneka Corporation and Request for Attorneys' Fees pursuant to Fed. R. Civ. P. 37(C)(1)(A) filed 08/31/2012, by Defendants, be referred to a United States Magistrate Judge, for hearing, if necessary, and determination.

IT IS SO ORDERED this 25th day of September, 2012.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

30-DAY ORDER OF DISMISSAL - SOLO PAGE