# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| KANEKA CORPORATION, | § § § § § § § § § § § § § § | |
| Plaintiff | | NO. 3:10-cv-1430-P |
| v. | | |
| JBS HAIR, INC., UNO & COMPANY, LTD., and JINNY BEAUTY SUPPLY COMPANY, INC. | | |
| Defendants. | | |

## APPENDIX TO JOINT STATUS REPORT

Set out below is the Appendix to the Joint Status Report.

| DOCUMENT | APPENDIX PAGES |
|---|---|
| Email Exchanges between Counsel for Defendants and Plaintiff re Discovery Responses (date range 08/02-30/2012) | 3 – 12 |

APPENDIX 1

Dated: October 10, 2012

Respectfully submitted,

By:   /s/ *Ryan J. Marton*
    Ryan J. Marton

Darryl M. Woo (admitted *Pro Hac Vice*)
dwoo@fenwick.com
Ryan J. Marton (admitted *Pro Hac Vice*)
rmarton@fenwick.com
Guinevere L. Jobson (admitted *Pro Hac Vice*)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Email:  dwoo@fenwick.com
Email:  rmarton@fenwick.com
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Jae Won Song (admitted *Pro Hac Vice*)
Fenwick & West LLP
801 California Street
Mountain View, California 94041
Email: jsong@fenwick.com
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

John R. Emerson
Texas Bar No. 24002053
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Email: russ.emerson@haynesboone.com
Telephone:     (214) 651-5000
Facsimile:     (214)651-5940

Attorneys for Defendants
JBS HAIR, INC., UNO & COMPANY, LTD.
and JINNY BEAUTY SUPPLY COMPANY
LTD.

APPENDIX 2