# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT COURT OF TEXAS

# DALLAS DIVISION

| | |
|---|---|
| KANEKA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>JBS HAIR, INC.; JINNY BEAUTY SUPPLY Co., and UNO & COMPANY, LTD.,<br><br>    Defendants. | CIVIL ACTION No. 3:10-cv-01430-P-BD<br><br>The Honorable Jorge A. Solis |

## **STIPULATION & [PROPOSED] ORDER AMENDING SCHEDULING ORDER**

WHEREAS, Plaintiff Kaneka Corporation filed its Complaint against Defendants JBS Hair, Inc., Jinny Beauty Supply Co., and UNO & Company, Ltd. on July 20, 2010;

WHEREAS, the Court entered a Scheduling Order governing this action on December 28, 2010 [Dkt. 46] (the "Scheduling Order");

WHEREAS, the Court entered an Order Amending the Scheduling Order on March 21, 2011 [Dkt. 61];

WHEREAS, the Court entered an Amended Scheduling Order on March 31, 2011 [Dkt. 72];

WHEREAS, the Court entered a second Order Amending the Scheduling Order on April 18, 2011 [Dkt. 78];

WHEREAS, the Court entered a third Order Amending the Scheduling Order on June 28, 2011 [Dkt. 84];

1

WHEREAS, the Court granted Kaneka's Motion to add Jinny Beauty Supply Co., Inc. as a Defendant in this action on July 5, 2011 [Dkt. 85];

WHEREAS, the Court entered a fourth Order Amending the Scheduling Order on August 25, 2011 [Dkt. 89];

WHEREAS, the Court entered a fifth order Amending the Scheduling Order on February 27, 2012 [Dkt. 118];

WHEREAS, on May 25, 2012 the Court entered a Revised Scheduling Order [Dkt. 154];

WHERAS, on August 27, 2012 the Court granted the parties Joint Motion to Amend Scheduling Order [Dkt. 168];

WHEREAS, on October 16, 2012, counsel for Kaneka informed counsel for Defendants that the former had learned that additional inventor notebooks had previously been inadvertently marked and incorrectly withheld as privileged, and produced those notebooks on the same day;

WHEREAS, as a result of the delayed production of the notebooks, the parties have agreed that (a) an additional fact deposition of the inventor who was the author and custodian of the notebooks regarding their contents is warranted, and (b) Defendants should be given an opportunity to supplement their invalidity expert report based solely upon any information learned from this deposition or the late produced notebook;

WHEREAS, the independent laboratory retained by Defendants to conduct testing relating to their rebuttal expert report experienced a series of accidental equipment damage;

WHEREAS, the recent hurricane Sandy has led to the loss of power to the office of Kaneka's technical expert, thus interrupting his work on Kaneka's rebuttal expert report;

WHEREAS, the parties have conferred and agreed that in order to accommodate the inventor's schedule for the additional deposition, and to allow additional time for the parties to

complete their respective rebuttal expert reports, it is appropriate to amend the Court's Scheduling Order as follows:

| Event | Current Due Date | Proposed change |
| --- | --- | --- |
| Deadline to complete additional fact depositions | n/a | December 6, 2012 |
| Deadline for UNO to Supplement Invalidity Report | n/a | December 14, 2012 |
| Deadline for Serving Rebuttal Expert Reports | November 5, 2012 | December 21, 2012 |
| Deadline for Completing Expert Discovery | November 30, 2012 | February 1, 2013 |
| Deadline for Filing Dispositive Motions. | December 14, 2012 | February 22, 2013 |

IT IS THEREFORE STIPULATED by and between the parties, through their respective attorneys of record, subject to approval of the Court, that the above proposed amendments to the schedule be made effective.

SO STIPULATED.

Dated:  November 2, 2012

FENWICK & WEST LLP

/s/ *Ryan J. Marton*
Ryan J. Marton

Darryl M. Woo (admitted *Pro Hac Vice*)
Ryan J. Matron (admitted *Pro Hac Vice*)
Guinevere L. Jobson (admitted *Pro Hac Vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Email:  dwoo@fenwick.com
Email:  rmarton@fenwick.com
Email:  gjobson@fenwick.com
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Jae Won Song (admitted *Pro Hac Vice*)
FENWICK & WEST LLP
801 California Street

Mountain View, CA 94041
Email:  jsong@fenwick.com
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200

John R. Emerson, Texas Bar No. 24002053
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Telephone:     (214) 651-5000
Facsimile:      (214)651-5940

**Attorneys for Defendants**
**JBS HAIR, INC., JINNY BEAUTY SUPPLY CO, AND UNO & COMPANY, LTD.**

/s/ *Raymond K. Chan*
Raymond K. Chan

    Raymond K. Chan (admitted *Pro Hac Vice*)
    Dave Deonarine (admitted *Pro Hac Vice*)
    Procopio, Cory, Hargreaves & Savitch LLP
    525 B Street, Suite 2200
    San Diego, CA 92101
    Telephone: (619) 238-1900
    raymond.chan@procopio.com
    dave.deonarine@procopio.com

    Keith Nowak
    Carter Ledyard & Milburn
    2 Wall Street
    New York, New York 10005
    Telephone:  (212) 238-8610
    Nowak@clm.com

    Andrew Howard
    Christopher L. Evans
    SHORE CHAN BRAGALONE LLP
    901 Main Street, Suite 3300
    Dallas, Texas 75202
    Telephone:  (214) 593-9120
    achan@shorechan.com
    cevans@shorechan.com
    Attorneys for Plaintiff
    KANEKA CORPORATION

5

## ATTORNEY ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature ("/s/") within this e-filed document.

/s/ *Ryan J. Marton*
Ryan J. Marton

## [PROPOSED] ORDER

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Scheduling Order is amended pursuant to the parties' stipulation.

Dated:  November __, 2012

_____
The Honorable Jorge A. Solis
UNITED STATES DISTRICT JUDGE