# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### DALLAS DIVISION

| | |
|---|---|
| KANEKA CORPORATION, | CIVIL ACTION No. 3:10-cv-01430-P |
| Plaintiff, | The Honorable Jorge A. Solis |
| v. | |
| JBS HAIR, INC.; JINNY BEAUTY SUPPLY Co., and UNO & COMPANY, LTD., | |
| Defendants. | |

## STIPULATION & [PROPOSED] ORDER FOR PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS, Kaneka Corporation ("Kaneka") has asserted in this "Action," Civil Action No. 3:10-cv-1430-P, that Uno & Company, Ltd., JBS Hair, Inc., and Jinny Beauty Supply Co., Inc. (collectively "Defendants") infringe one or more claims of U.S. Patents Nos. 7,759,429 and 7,759,430  (collectively the "Patents-in-Suit") pursuant to 35 U.S.C. § 271;

WHEREAS, "Independent Claims" means claim 1 of U.S. Patent No. 7,759,429 and claim 1 of U.S. Patent No. 7,759,430;

WHEREAS, "Dependent Claims" means claims 2-21 inclusive of U.S. Patent No. 7,759,429 and claims 2-24 inclusive of U.S. Patent No. 7,759,430;

WHEREAS, the parties on June 17, 2013 agreed in open court to dismiss with prejudice Kaneka's claims of infringement against Defendants based on the Dependent Claims pursuant to Federal Rule of Civil Procedure 41(a)(2), and to dismiss without prejudice solely as they affect

the Dependent Claims, Defendants' counterclaims of invalidity of the Dependent Claims based on 35 U.S.C. §§ 102 and 103;

IT IS THEREFORE STIPULATED by and between the parties, through their respective attorneys of record, subject to approval of the Court, that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Kaneka and Defendants hereby stipulate to the dismissal with prejudice of all claims for infringement of the Dependent Claims, and the dismissal without prejudice, solely as they affect the Dependent Claims, Defendants' counterclaims of invalidity of the Dependent Claims based on 35 U.S.C. §§ 102 and 103.

2. The parties agree that this dismissal is without costs or fees to any party of this Action.

SO STIPULATED.

Dated:  June 18, 2013                             FENWICK & WEST LLP

                                                 */s/ Darryl M. Woo*
                                                 Darryl M. Woo

                                                 Darryl M. Woo (admitted *Pro Hac Vice*)
                                                 Ryan J. Matron (admitted *Pro Hac Vice*)
                                                 Jeffrey V. Lasker (admitted *Pro Hac Vice*)
                                                 FENWICK & WEST LLP
                                                 555 California Street, 12th Floor
                                                 San Francisco, CA 94104
                                                 dwoo@fenwick.com; rmarton@fenwick.com;
                                                 jlasker@fenwick.com
                                                 Telephone:     (415) 875-2300
                                                 Facsimile:     (415) 281-1350

                                                 Jae Won Song (admitted *Pro Hac Vice*)
                                                 Joseph S. Belichick (admitted *Pro Hac Vice*)
                                                 FENWICK & WEST LLP
                                                 801 California Street
                                                 Mountain View, CA 94041
                                                 jsong@fenwick.com; jbelichick@fenwick.com

Telephone:      (650) 988-8500
Facsimile:      (650) 938-5200

John R. Emerson, Texas Bar No. 24002053
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Telephone:      (214) 651-5000
Facsimile:      (214)651-5940

**Attorneys for Defendants**
**JBS HAIR, INC., JINNY BEAUTY SUPPLY**
**CO, AND UNO & COMPANY, LTD.**


PROCOPIO, CORY, HARGREAVES AND
SAVITCH LLP

*/s/ Anthony J. Dain*
Anthony J. Dain

Anthony J. Dain
anthony.daon@procopio.com
Frederick K. Taylor
fred.taylor@procopio.com
Aubrey A. Haddach (admitted Pro Hac Vice)
aubrey.haddach@procopio.com
Dave Deonarine (admitted Pro Hac Vice)
dave.deonarine@procopio.com
Raymond K. Chan (admitted Pro Hac Vice)
raymond.chan@procopio.com
12544 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone No.: (858) 720-6300
Facsimile No.: (619) 235-0398

Robert H. Dawson, Jr.
Cokinos, Bosien & Young
105 Decker Court, Suite 800
Irving, Texas 75062
(817) 635-3616 (telephone)
(817) 635-3633 (fax)
bdawson@cbylaw.com

**Attorneys for Plaintiff**
 **KANEKA CORPORATION**

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 18, 2013.

<u>s/ *Darryl M. Woo*</u>

Darryl M. Woo

## ORDER

**IT IS SO ORDERED.**

Dated:  June __, 2013

_____

The Honorable Jorge A. Solis
UNITED STATES DISTRICT JUDGE